

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 29 A 11: 23

US DISTRICT COURT
HARTFORD CT

DONNA S. JUTE,
    Plaintiff

v.

HAMILTON SUNDSTRAND
CORPORATION,
    Defendant

CIVIL ACTION NO.
3:01CV123(AVC)

October 28, 2003

## MOTION FOR EXTENSION OF TIME TO
## OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION

Plaintiff Donna S. Jute, pursuant to Local Rule 7(b), respectfully requests an extension of time of thirty days until December 3, 2003 in which to respond to Defendant's Motion for Summary Judgment.

Counsel has reviewed the depositions and documentary evidence and has made significant progress in completing the factual portion of her brief in opposition. Counsel is a solo and has been in depositions for several days on two other cases during the month of October. Counsel believes in good faith that she will be able to complete the factual and legal portion by December 3, 2003.

For the foregoing reasons, the time limitation in question cannot reasonably be met despite the diligence of counsel.

This is the first Motion for Extension of Time to Oppose Defendant's Motion for

1

Summary Judgment filed by plaintiff. Defendant's counsel, Daniel A. Schwartz, Esq. has no objection to this request.

THE PLAINTIFF, DONNA JUTE

_Barbara E. Hand_
Barbara E. Gardner, CT07623
Attorney at Law
843 Main Street
Suite 1-4
Manchester, CT 06040
(860)643-5543(phone)
(860)645-9554(fax)
bg@bgardnerlaw.com

2

## CERTIFICATION

This will certify that a copy of the foregoing was mailed, postage prepaid, on this 28th day of October, 2003 to the following counsel of record:

Daniel A. Schwartz
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

_____
Barbara E. Gardner