UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:01CV123(AVC) |
| v. | : | |
| HAMILTON SUNDSTRAND<br>CORPORATION,<br>Defendant | : | October 28, 2003 |

**MOTION FOR EXTENSION OF TIME TO
OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION**

Plaintiff Donna S. Jute, pursuant to Local Rule 7(b), respectfully requests an extension of time of thirty days until December 3, 2003 in which to respond to Defendant's Motion for Summary Judgment.

Counsel has reviewed the depositions and documentary evidence and has made significant progress in completing the factual portion of her brief in opposition. Counsel is a solo and has been in depositions for several days on two other cases during the month of October. Counsel believes in good faith that she will be able to complete the factual and legal portion by December 3, 2003.

For the foregoing reasons, the time limitation in question cannot reasonably be met despite the diligence of counsel.

This is the first Motion for Extension of Time to Oppose Defendant's Motion for

GRANTED. Alfred V. Covello, U.S.D.J.
October 30, 2003.
SO ORDERED.

1