UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:01CV123 (AVC) |
| HAMILTON SUNDSTRAND CORPORATION, | : : : | |
| Defendant. | : | NOVEMBER 24, 2003 |

### MOTION TO FILE LOCAL RULE 56(A)(1) STATEMENT OUT OF TIME

The Defendant, Hamilton Sundstrand Corporation, hereby requests permission to file its Local Rule 56(a)(1) statement out of time. The Local Rule 56(a)(1) statement is attached and the Defendant requests that it be filed upon granting of this motion. Defendant has spoken with Plaintiff's counsel regarding this request. Plaintiff's counsel has indicated that she has no objection to this motion.

Earlier today, counsel for the Plaintiff contacted the undersigned counsel requesting a copy of the Local Rule 56(a)(1) statement. Upon review of the paper file, Defendant's counsel discovered that the Local Rule 56(a)(1) statement may not have been filed. A review of the court's computer docket indicated that the statement was not filed. Although the undersigned counsel located the Local Rule 56(a)(1) statement on his computer, it appears that the Local Rule 56 statement was somehow not filed properly. Defendant's counsel thus requests permission to file the attached Local Rule 56(a)(1) statement out of time.

DEFENDANT,
HAMILTON SUNDSTRAND
CORPORATION,

_____
Felix J. Springer (ct #05700)
Daniel A. Schwartz (ct#15823)
Day, Berry & Howard LLP
CityPlace
Hartford, CT 06103-3499
(860) 275-0100
fax: (860) 275-0343
email: daschwartz@dbh.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been sent via electronic mail and first class mail, postage prepaid, this day to:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

_____
Daniel A. Schwartz