UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV123(AVC) |
| v. | : | |
| | : | |
| HAMILTON SUNDSTRAND | : | |
| CORPORATION, | : | |
| Defendant | : | December 1, 2003 |

**MOTION FOR EXTENSION OF TIME TO
OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION**

Plaintiff Donna S. Jute, pursuant to Local Rule 7(b), respectfully requests an extension of time of five days until December 8, 2003 in which to respond to Defendant's Motion for Summary Judgment.

Counsel has completed the factual portion of her brief in opposition as well as her legal argument. Counsel needs additional time to oppose Defendant's Local Rule 56(a)1 Statement, which was received by counsel on November 24, 2003.

For the foregoing reasons, the time limitation in question cannot reasonably be met despite the diligence of counsel.

This is the second Motion for Extension of Time to Oppose Defendant's Motion for Summary Judgment filed by plaintiff. Defendant's counsel, Daniel A. Schwartz, Esq. has no objection to this request.

1

THE PLAINTIFF, DONNA JUTE

*Barbara E. Gardner*
---
Barbara E. Gardner, CT07623
Attorney at Law
843 Main Street
Suite 1-4
Manchester, CT 06040
(860)643-5543(phone)
(860)645-9554(fax)
bg@bgardnerlaw.com

2