UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DONNA S. JUTE,<br>          Plaintiff<br><br>v.<br><br>HAMILTON SUNDSTRAND<br>CORPORATION,<br>          Defendant | 2003 DEC -9  P 3: 10<br><br>CIVIL ACTION NO.<br>3:01CV123(AVC)<br>HARTFORD CT<br><br><br><br>December 8, 2003 |

## AFFIDAVIT OF RENEE MACLEAN

I, Renee McLean, being of full age and understanding the obligations of an oath do hereby depose and say:

1. I make these statements based on personal knowledge.

2. I was formerly known as Renee Desrocher.

3. I am employed by Hamilton Sundstrand. I began my employment in July, 1986.

4. I know the plaintiff in this matter, Donna Jute. We worked together at Hamilton Sundstrand from 1986 until her layoff in January, 2000.

5. In the Summer of 1998 Donna came to me and told me excitedly that Ms. Crowe Hagans had told her that she would get her Labor Grade 5 for being on the JDE Team.

6. I began training Donna Jute to be an FAA Certified Maintenance Release Inspector beginning in November, 1998.

7. Brad Dahlquist told Donna Jute in my presence on several occasions that when she got her inspection stamp she would be promoted to a Labor Grade 5. On one occasion he said "I am going to talk to TC about it right now. I'll be right back." He never came back.

8. In 1999, in front of the employee entrance of Building 6, I heard Glen Reinauer ask Donna Jute, "What did you do to piss TC off, why does she have such a hard on for you." It was my understanding based on Reinauer's body language that he was frustrated because he needed and wanted Donna to travel overseas for JDE implementation and TC Crowe Hagans would not allow it.

9. In November, 2000, Donna Jute told me that she had been offered a job working with Russell Hubley at IFC. She was very excited about this opportunity. She later told me that she did not get the job because of her pending claim against Hamilton.

_____
Renee McLean

Subscribed and sworn to before
me this 7th day of December, 2003.
_____
Barbara E. Gardner
Commissioner of the Superior Court