UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV123(AVC) |
| v. | : | |
| | : | |
| HAMILTON SUNDSTRAND | : | |
| CORPORATION, | : | |
| Defendant | : | December 8, 2003 |

## AFFIDAVIT OF BARBARA E. GARDNER

I, Barbara E. Gardner, being of full age and understanding the obligations of an oath do depose and say:

1. I am counsel for the plaintiff in this matter and make these statements based on personal knowledge.

2. Attached as Exhibit 1 are true and correct copies of portions of the transcript of the deposition of the plaintiff taken on November 27, 2001.

3. Attached as Exhibit 2 are true and correct copies of portions of the transcript of the deposition of the plaintiff taken on February 11, 2002.

4. Attached as Exhibit 3 are true and correct copies of portions of the transcript of the deposition of the plaintiff taken on March 22, 2002.

5. Attached as Exhibit 4 are Statements of Donna Jute prepared in connection with the Maryann Brunton matter and provided by defendant in response to plaintiff's discovery request.

6. Attached as Exhibit 5 are true and correct copies of portions of the transcript of the deposition of Glenn Reinhauer taken on April 22, 2002.

7. Attached as Exhibit 8 are business records provided by defendant in response to

plaintiff's discovery request, Accepted Jet Training Records and Seniority List.

8. Attached as Exhibit 9 are Job Descriptions provided by defendant in response to discovery requests.

9. Attached as Exhibit 10 is a portion of Defendant's Answers to Requests for Admissions.

10. Attached as Exhibit 11 is a portion of Defendant's Answers to Interrogatories.

11. Attached as Exhibit 12 are Plaintiff's Performance Reviews provided by defendant in response to discovery.

12. Attached as Exhibit 13 are true and correct copies of portions of the transcript of the deposition of Richard Jute taken on March 22, 2002.

13. Attached as Exhibit 14 are true and correct copies of portions of the transcript of the deposition of Lisa Zarzicki taken on April 22, 2002.

14. Attached as Exhibit 15 is a copy of an Application for Employment provided by defendant in response to discovery.

15. Attached as Exhibit 17 are true and correct copies of portions of the transcript of the deposition of Byron Yost taken on February 12, 2002.

16. Attached as Exhibit 19 are true and correct copies of portions of the transcript of the deposition of Natonia Crowe Hagans taken on March 4, 2002.

17. Attached as Exhibit 20 are true and correct copies of portions of the transcript of the deposition of Ingrid Delgado taken on February 12, 2002.

_____
Barbara E. Gardner

Subscribed and sworn to before me this 8th day of December, 2003.

_____
Commissioner of the Superior Court