UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DONNA S. JUTE,<br>　　　Plaintiff<br><br>v.<br><br>HAMILTON SUNDSTRAND<br>CORPORATION,<br>　　　Defendant | :<br>:  CIVIL ACTION NO.<br>:  3:01CV123(AVC)<br>:<br>:<br>:<br>:<br>:  December 8, 2003 |

## AFFIDAVIT OF DONNA S. JUTE

I, Donna S. Jute, being of full age and understanding the obligations of an oath do hereby depose and say:

1. I am the plaintiff in this matter and make these statements based on personal knowledge.

2. Attached as Exhibit 6 are copies of e-mail exchanges that I wrote, received and responded to in February, 2000 from Peter Mulkern, who worked in the IT Department at Hamilton Sundstrand.

3. Attached as Exhibit 7 is a copy of a grievance I filed in September, 1998, on the subject of Hamilton's training of employee's less senior than me. My purpose in filing the grievance was to ensure that I was trained so that I could be promoted to a Labor Grade 5 and save my job at Hamilton.

4. Attached as Exhibit 16 are copies of e-mail exchanges that I wrote, received and responded to in November, 2000 with Lisa Zarzicki, who worked at IFC with Russell Hubley.

5. Attached as Exhibit ~~17~~ 18 is a copy of a letter that my lawyer wrote at my request offering to release Hamilton Sundstrand from all claims, in exchange for

employment with International Fuel Cells ("IFC."). This letter was written following a rescission of a job offer that I received to work for Russell Hubley at IFC. I was told by Lisa Zarzicki that Russell Hubley told her that he was "stopped at personnel" and was "strongly advised not to hire me" because of my pending claim against Hamilton. When I spoke to Mr. Hubley about my pending claim and the history behind it he confirmed that it "summed up" what he had heard.

_____
Donna S. Jute

Subscribed and sworn to before
me this 8th day of December, 2003.
_____
Barbara E. Gardner
Commissioner of the Superior Court

2