UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 17 P 12:04

DISTRICT COURT
HARTFORD CT

DONNA S. JUTE,
    Plaintiff

v.

HAMILTON SUNDSTRAND
CORPORATION,
    Defendant

CIVIL ACTION NO.
3:01CV123(AVC)

December 8, 2003

## AFFIDAVIT OF LINDA DUCAS

I, Linda Ducas, being of full age and understanding the obligations of an oath do hereby depose and say:

1. I make these statements based on personal knowledge.

2. I am currently employed by International Fuel Cells ("IFC"). I was formerly employed by Hamilton Sundstrand from July, 1987 until January, 2000, when I was laid off.

3. I met the plaintiff, Donna Jute, while working at Hamilton.

4. In the Summer of 1998, Donna came to me and told me excitedly that Ms. Crowe Hagans had told her that she would get her Labor Grade 5 for being on the JDE Team.

5. In December, 1999, I was at a Christmas Party at Hamilton in the Shipping and Receiving area. I heard Byron Yost tell Donna, "don't worry about it, it is all set, you will be working for me starting after the holidays" - referring to a salaried position working for Byron Yost.

6. In January, 2000, Donna and I filled out applications for employment with IFC following our layoff from Hamilton. I got two interviews at IFC, and accepted a

position there in February, 2000.

7. Donna Jute had more experience and better qualifications than I for both jobs for which I interviewed, yet she did not get an interview. One of the jobs was in Shipping and Receiving. I had never worked in shipping and receiving, but Donna had. The position also required a forklift license, which I did not have, but Donna did.

8. In November, 2000, I learned from Donna that she was offered a position at IFC working for Russell Hubley. She was very excited about this opportunity. She later told me that she did not get the job because of her pending claim against Hamilton.

*Linda Ducas*
Linda Ducas

Subscribed and sworn to before me this 15th day of December, 2003.

Barbara E. Gardner
Commissioner of the Superior Court

Subscribed and Sworn to before me, a Notary Public, in and for County of HARTFORD and State of Connecticut, this 15th day of DECEMBER, 2003.

*Kathleen R. Dubuis*
Notary Public
Date Commission Expires 7-31-07

## CERTIFICATION

This will certify that a copy of the foregoing was mailed, postage prepaid, on this 17th day of December, 2003 to the following counsel of record:

Daniel A. Schwartz
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

_____
Barbara E. Gardner