**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 DEC 22  A 10: 49

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:01CV123 (AVC) |
| | : | |
| HAMILTON SUNDSTRAND CORPORATION, | : | |
| | : | |
| Defendant. | : | DECEMBER 21, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The Defendant, Hamilton Sundstrand Corporation, hereby requests a two-week extension of time (until January 7, 2003) to file a reply brief in further support of its Motion for Summary Judgment. Defendant has spoken with Plaintiff's counsel regarding this request. Plaintiff's counsel has indicated that she has no objection to this motion. This is Defendant's first request for an extension of time to file a reply brief.

The extension of time is required for two reasons. First, the amount of materials submitted by the Plaintiff is extensive and Defendant needs the additional time to review those materials and prepare a response. Second, the undersigned counsel was out of the office for an extended leave of absence for the premature birth of his daughter in November and early this December and is still catching up on other deadlines.

DEFENDANT,

HAMILTON SUNDSTRAND
CORPORATION,

*[signature]*

Felix J. Springer (ct #05700)
Daniel A. Schwartz (ct#15823)
Day, Berry & Howard LLP
CityPlace
Hartford, CT 06103-3499
(860) 275-0100
fax: (860) 275-0343
email: daschwartz@dbh.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been sent via first class mail, postage prepaid, this day to:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

*[signature]*

Daniel A. Schwartz