UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV123(AVC) |
| v. | : | |
| | : | |
| HAMILTON SUNDSTRAND | : | |
| CORPORATION, | : | |
| Defendant. | : | JANUARY 7, 2004 |

### MOTION TO FILE UNDER SEAL

Pursuant to District of Connecticut Local Rule of Civil Procedure 5, the defendant hereby moves for an order sealing from public view the accompanying Exhibit AA to the Defendants' Reply Brief in Support of Motion for Summary Judgment. The Exhibit contains sensitive, non-public information relating to former employees of Hamilton Sundstrand, and was produced to the plaintiff pursuant to the Protective Order that this Court entered on February 5, 2002.



**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT,
HAMILTON SUNDSTRAND
CORPORATION,

_____
Felix J. Springer (ct #05700)
Daniel A. Schwartz (ct#15823)
Day, Berry & Howard LLP
CityPlace
Hartford, CT 06103-3499
(860) 275-0100
fax: (860) 275-0343
email: daschwartz@dbh.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing, including exhibits, has been sent via electronic mail and via first class mail, postage prepaid, this date to:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT  06040

_____
Daniel A. Schwartz

- 2 -