74

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV123(AVC) |
| v. | : | cam |
| | : | |
| HAMILTON SUNDSTRAND | : | |
| CORPORATION, | : | |
| Defendant. | : | JANUARY 7, 2004 |

**MOTION TO FILE UNDER SEAL**

Pursuant to District of Connecticut Local Rule of Civil Procedure 5, the defendant hereby moves for an order sealing from public view the accompanying Exhibit AA to the Defendants' Reply Brief in Support of Motion for Summary Judgment. The Exhibit contains sensitive, non-public information relating to former employees of Hamilton Sundstrand, and was produced to the plaintiff pursuant to the Protective Order that this Court entered on February 5, 2002.

2004 JAN -7 P 4:54
US DISTRICT COURT
HARTFORD CT

**ORAL ARGUMENT NOT REQUESTED**

January 12, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.