UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DONNA S. JUTE,
    Plaintiff

v.

HAMILTON SUNDSTRAND CORPORATION,
    Defendant

CIVIL ACTION NO.
3:01CV123(AVC)

U.S. DISTRICT COURT
HARTFORD, CT.

January 9, 2004

### MOTION TO FILE UNDER SEAL

Pursuant to District of Connecticut Local Rule of Civil Procedure 5, the plaintiff hereby moves for an order sealing from public view Exhibit 8 to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. The Exhibit, which was produced to plaintiff pursuant to the Protective Order that this Court entered on February 5, 2002, was inadvertently filed on December 8, 2003 as part of plaintiff's opposition papers, and should have been filed under seal.

PLAINTIFF, DONNA JUTE

_/s/ Barbara E. Gardner_
Barbara E. Gardner
Attorney at Law
843 Main Street
Suite 1-4
Manchester, CT 06040
Fed. Bar No. Ct07623
(860) 643-5543
Bg@bgardnerlaw.com

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 9th day of January, 2004, to the following counsel of record:

Daniel A. Schwartz
Day, Berry & Howard, LLP
CityPlace
Hartford, CT 06103-3499

_____
Barbara E. Gardner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA S. JUTE,<br>　　　Plaintiff<br><br>v.<br><br>HAMILTON SUNDSTRAND<br>CORPORATION,<br>　　　Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

CIVIL ACTION NO.
3:01CV123(AVC)

January 9, 2004

## FILED UNDER SEAL

**Exhibit 8 to Plaintiff's
Memorandum in Opposition to
Motion for Summary Judgment
Dated December 8, 2004**