FILED
2003 MAR 17 P 12: 25
DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:01CV123 (AVC) |
| HAMILTON SUNDSTRAND CORPORATION, | : | |
| Defendant. | : | MARCH 14, 2003 |

01CV123end44

### DEFENDANT'S PROPOSED ORDER ON RULING ON MOTION FOR SANCTIONS

The Defendant, Hamilton Sundstrand Corporation, hereby submits this proposed order on Defendant's Motion for Sanctions relating for discovery. In an oral ruling on February 25, 2003, the court granted the Defendant's Motion, in part, and requested that Defendant's counsel draft a proposed order relating to the discovery issues still remaining as a result of Plaintiff's sanctionable conduct. The court denied Defendant's Motion, without prejudice, on any additional sanctions, affording the Defendant an opportunity to seek additional sanctions at a later date, if necessary.

Having reviewed the matter, Defendant requests that the following order be made:

1) The Defendant shall have 60 days from date of the settlement conference to conduct and complete additional discovery (June 16, 2003). Additional interrogatories, requests for production, or requests for admission, shall be promulgated by May 15, 2003.

January 15, 2004. Denied as moot, as this matter has been decided by way of the court's May 16, 2003 endorsement order. SO ORDERED.

Alfred V. Covello, U.S.D.J.