## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

DONNA S. JUTE,
    Plaintiff

v.

HAMILTON SUNDSTRAND
CORPORATION,
    Defendant

CIVIL ACTION NO.
3:01CV123(AVC)

U.S. DIST. COURT
HARTFORD, CT.

January 9, 2004

### MOTION TO FILE UNDER SEAL

Pursuant to District of Connecticut Local Rule of Civil Procedure 5, the plaintiff hereby moves for an order sealing from public view Exhibit 8 to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. The Exhibit, which was produced to plaintiff pursuant to the Protective Order that this Court entered on February 5, 2002, was inadvertently filed on December 8, 2003 as part of plaintiff's opposition papers, and should have been filed under seal.

PLAINTIFF, DONNA JUTE

/s/ Barbara E. Gardner
Barbara E. Gardner
Attorney at Law
843 Main Street
Suite 1-4
Manchester, CT 06040
Fed. Bar No. Ct07623
(860) 643-5543
Bg@bgardnerlaw.com

**ORAL ARGUMENT NOT REQUESTED**

GRANTED.
/s/ Alfred V. Covello
Alfred V. Covello, U.S.D.J.
February 12, 2004.
SO ORDERED.