UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA S. JUTE

      V.                           CASE NO. 3:01CV00123(AVC)

HAMILTON SUNSTRAND CORP.

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed a motion for summary judgment and the Court, having considered the full record of the case, including applicable principles of law, on June 14, 2004, filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant against the plaintiff.

Dated at Hartford, Connecticut, this 14th day of June, 2004.

                                              KEVIN F. ROWE, Clerk

                                              By:   /s/ JW
                                                        Jo-Ann Walker
                                                        Deputy Clerk

EOD: _____