## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV123(AVC) |
| v. | : | |
| | : | |
| HAMILTON SUNDSTRAND CORPORATION, | : | |
| | : | |
|     Defendant | : | June 29, 2004 |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Fed. R. App. P., notice is hereby given that the plaintiff, Donna Jute, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment in favor of Defendant entered in this action on June 14, 2004, the court having granted Defendant's Motion for Summary Judgment.

                        THE PLAINTIFF, DONNA JUTE

                        _____
                        Barbara E. Gardner
                        CT07623
                        843 Main St., Suite 1-4
                        Manchester, CT 06040
                        (860)643-5543
                        (860)645-9554(fax)
                        Bg@bgardnerlaw.com