INDEX    01CV123INDX



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
(New Haven)

FILED
Aug 16  2 20 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

FILED
2004 JUL 30  A 11: 57
U.S. DISTRICT COURT
HARTFORD, CT.

04cv927

DONNA S. JUTE,
    Plaintiff

v.

HAMILTON SUNDSTRAND
CORPORATION,
    Defendant

CIVIL ACTION NO.
3:01CV123(AVC)

July 28, 2004

## INDEX TO RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 8/11/04  NP

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint (Doc. #1) filed 1/24/01 | 2 |
| Order on Pretrial Deadlines (Doc. #2) | 3 |
| Demand for jury trial (Doc. #3) | 4 |
| Order of Transfer (Doc. #4) | 5 |
| Answer to Complaint (Doc. #8) | 6 |
| Motion by Hamilton Sundstrand for Summary Judgment (Doc. #57) | 7 |
| Memorandum in Support of Summary Judgment (Doc. #58) | 8 |
| Statement of Material Facts re Motion for Summary Judgment (Doc. #70) | 9 |
| Memorandum in Opposition re Motion for Summary Judgment (Doc. #65) | 10 |
| Affidavit re Memorandum in Opposition (McLean) (Doc. #66) | 11 |
| Affidavit re Memorandum in Opposition (Gardner) (Doc. #67) | 12 |
| Affidavit re Memorandum in Opposition (Jute) (Doc. #68) | 13 |
| Statement of Material Facts re Motion for Summary Judgment (Doc. #69) | 14 |
| Affidavit re memorandum in Opposition (Ducas) (Doc. #70) | 15 |
| Motion to Seal Exh. AA to Reply Brief (Doc. #74) | 16 |

<pre />

Memorandum in Support of Motion for Summary Judgment (Doc. #57)   17

Order granting Motion to Seal AA (Doc. #76)   18

Motion to File Exh. 8 to Memorandum in Opposition under Seal (Doc. #77)   19

Order granting Motion to Seal Exh. 8 (Doc.#79)   20

Order granting Motion for Summary Judgment (Doc.#80)   21

Judgment in Favor of Defendant against Plaintiff (Doc. #81)   22

Notice of Appeal (Doc. # 82)   23

Certified and Transmitted Record on Appeal   24