**MANDATE**

CTDC/NHCT
01-CV-123
COVELLO

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of August, two thousand and five.

Before:   Hon. Thomas J. Meskill,
          Hon. Jon O. Newman,
          Hon. José A. Cabranes
                    *Circuit Judges*

Docket No. 04-3927-cv

---

DONNA S. JUTE,

                    Plaintiff-Appellant,
- v.-

HAMILTON SUNDSTRAND CORP.,

                    Defendant-Appellant.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part, VACATED in part and REMANDED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

*Tracy W. Young*
Tracy W. Young
Motions Staff Attorney

**A TRUE COPY**
**Roseann B. MacKechnie, CLERK**

by *Jammy Martinez*
     DEPUTY CLERK

ISSUED AS MANDATE: 9-13-05