FILED

2006 APR 11  A 10: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:01CV123 (AVC) |
| | : | |
| HAMILTON SUNDSTRAND CORPORATION, | : | |
| | : | |
| Defendant. | : | APRIL 10, 2006 |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant **HAMILTON SUNDSTRAND CORPORATION** in the above-referenced matter.

Dated at Hartford, Connecticut this 10th day of April, 2006.

_____
Douglas W. Bartinik (ct#26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
email: dwbartinik@dbh.com

41681708.1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Barbara E. Gardner, Esquire
843 Main Street, Ste. 1-4
Manchester, CT  06040

_____
Douglas W. Bartinik