UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:01CV123 (AVC) |
| | : | |
| HAMILTON SUNDSTRAND CORPORATION, | : | |
| | : | |
| Defendant. | : | APRIL 13, 2006 |

**JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE AND TO POSTPONE JURY SELECTION**

Pursuant to Local Rules 7(b) and 16, the Parties jointly request postponement of jury selection in the above referenced matter and referral to a United States Magistrate Judge for a settlement conference. In support of this motion, the Parties state the following:

1. This lawsuit was filed on or about January 24, 2001.

2. On April 24, 2001, the Court issued a Scheduling Order, which indicated that "the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall be sent to the parties 30 days after the court rules on dispositive motions . . . ."

3. On July 3, 2003, before any dispositive motions had been filed, the Court ordered that the joint trial memorandum be due on August 3, 2003.

4. Thereafter, the Court modified the deadlines to allow the Defendant to file a motion for summary judgment. Accordingly, if the Court denied the Defendant's Motion for Summary Judgment, the joint trial memorandum would be due thirty days thereafter.

5. On June 14, 2004, the Court granted the Defendant's Motion for Summary Judgment and issued a judgment in the Defendant's favor.

6. The Plaintiff appealed the judgment. In September 2005, the Court of Appeals affirmed the judgment in part, vacated in part, and remanded for trial.

7. The Parties thereafter awaited a scheduling order from the Court. Plaintiff's counsel also called the Court in the fall of 2005 but was told that no scheduling had been set.

8. On April 7, 2005, the Parties received an order that jury selection was to commence April 25, 2005. Neither the Plaintiff nor the Defendant were expecting such an order, nor were the Parties aware that the Court was awaiting any submissions.

9. The Parties are attempting to resolve this matter without the need for a trial. The Parties are actively conferring with their clients and discussing settlement. To help facilitate settlement and preserve judicial resources, the Parties respectfully request to postpone any pretrial procedures, including jury selection and the submission the joint trial memorandum until thirty days after a settlement conference before a United States Magistrate Judge. Such a postponement would save significant time and resources for the Parties and the Court.

10. The Parties also respectfully request referral to a United States Magistrate Judge for a settlement conference at the earliest opportunity.

11. Accordingly, the Parties respectfully request that this Court postpone the scheduled jury selection and any other pretrial procedures until after a settlement conference. If the case does not settle at the settlement conference, the Parties respectfully request that the joint trial memorandum be due thirty days thereafter.

12. The Defendant files this joint motion on with Plaintiff's consent and on her behalf.

          DEFENDANT,
          HAMILTON SUNDSTRAND


By:   /s/ Douglas W. Bartinik_____
       Felix J. Springer (ct#05700)
       Douglas W. Bartinik (ct#26196)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, CT  06103-3499
       (860) 275-0100
       (860) 275-0343 (fax)
       email:  fjspringer@dbh.com
               dwbartinik@dbh.com


**CERTIFICATE OF SERVICE**

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Barbara E. Gardner, Esquire
843 Main Street, Ste. 1-4
Manchester, CT  06040


        /s/_____
           Douglas W. Bartinik