90

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 APR 17 A 10: 22
U.S. DISTRICT COURT
HARTFORD, CT.

DONNA S. JUTE,                       :

            Plaintiff,     :       CIVIL ACTION NO.
V.                                   :       3:01CV123 (AVC)

HAMILTON SUNDSTRAND                  :
CORPORATION,                         :

           Defendant.     :       APRIL 13, 2006

### JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE AND TO POSTPONE JURY SELECTION

Pursuant to Local Rules 7(b) and 16, the Parties jointly request postponement of jury selection in the above referenced matter and referral to a United States Magistrate Judge for a settlement conference. In support of this motion, the Parties state the following:

1. This lawsuit was filed on or about January 24, 2001.

2. On April 24, 2001, the Court issued a Scheduling Order, which indicated that "the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall be sent to the parties 30 days after the court rules on dispositive motions . . . ."

3. On July 3, 2003, before any dispositive motions had been filed, the Court ordered that the joint trial memorandum be due on August 3, 2003.

4. Thereafter, the Court modified the deadlines to allow the Defendant to file a motion for summary judgment. Accordingly, if the Court denied the Defendant's Motion for Summary Judgment, the joint trial memorandum would be due thirty days thereafter.

5. On June 14, 2004, the Court granted the Defendant's Motion for Summary Judgment and issued a judgment in the Defendant's favor.

*[Left margin annotation:]* April 19, 2006. GRANTED. The matter is referred to U.S. Magistrate Judge Thomas Smith for a settlement conference. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.