UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONNA S. JUTE

        V.                CASE NO. 3:01 CV 00123(AVC)

HAMILTON SUNDSTRAND CORP

ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions.   SO ORDERED.

Dated at Hartford, Connecticut, this 19th day of April, 2005.

/S/
Alfred V. Covello
United States District Judge