# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DONNA S. JUTE,                               :
                                            :
         Plaintiff,                  :
                                            :          CIVIL ACTION NO.
                                            :          3:01CV123 (AVC)
V.                                          :
                                            :
HAMILTON SUNDSTRAND CORPORATION             :
                                            :
         Defendant.                  :          April 18, 2006
                                            :

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw its appearance for the Defendant.

The undersigned attorney represents that an appearance has been entered by other counsel for said party, and such party is being represented by such other counsel as of the date of this application.

Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 18th day of April 2006 to:

      Douglas W. Bartinik, Esq.
      Felix J. Springer, Esq.
      Day, Berry & Howard LLP
      CitiPlace I
      Hartford, CT  06103-3499

      Barbara E. Gardner, Esq.
      843 Main Street, Ste. 1-4
      Manchester, CT  06040

                          _____
                            Daniel A. Schwartz