94

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DONNA S. JUTE, | 2006 APR 19 P 2: 05 |
| Plaintiff, | U.S. DISTRICT COURT<br>NEW HAVEN, CT |
| | CIVIL ACTION NO.<br>3:01CV123 (AVC) |
| V. | |
| HAMILTON SUNDSTRAND CORPORATION | |
| Defendant. | April 18, 2006 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw its appearance for the Defendant.

The undersigned attorney represents that an appearance has been entered by other counsel for said party, and such party is being represented by such other counsel as of the date of this application.

Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

April 25, 2006. GRANTED.
SO ORDERED.
Alfred [signature] U.S.D.J.

FILED 2006 APR 25 P 3: 13
U.S. DISTRICT COURT
HARTFORD, CT