UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:01CV123 (AVC) |
| v. | : | |
| | : | |
| HAMILTON SUNDSTRAND CORPORATION, | : | |
| | : | |
| Defendant. | : | APRIL 27, 2006 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 7(e), the undersigned, Natasha M. Lipcan, moves to withdraw her appearance as counsel of record for Defendant Hamilton Sundstrand Corporation in the above-captioned action. Defendant will continue to be represented by Felix J. Springer and Douglas W. Bartinik of Day, Berry & Howard LLP.

By _____
Natasha M. Lipcan (ct16169)
Citigroup Inc.
425 Park Avenue, 2nd Fl./Zone 4E
New York, NY 10022
(212) 559-6681 (phone)
(212) 3793-1230 (fax)
Email: lipcann@citigroup.com

71337779 1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 28th day of April, 2006, via regular first-class mail, postage prepaid, to all counsel of record as follows:

Barbara E. Gardner, Esq.
843 Main Street, Ste. 1-4
Manchester, CT 06040

Felix J. Springer, Esq.
Douglas W. Bartinik, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

_____
Natasha M. Lipcan