

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAY -1 A 11: 21
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DONNA S. JUTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:01CV123 (AVC) |
| v. | : | |
| | : | |
| HAMILTON SUNDSTRAND | : | |
| CORPORATION, | : | |
| | : | |
| Defendant. | : | APRIL 27, 2006 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 7(e), the undersigned, Natasha M. Lipcan, moves to withdraw her appearance as counsel of record for Defendant Hamilton Sundstrand Corporation in the above-captioned action. Defendant will continue to be represented by Felix J. Springer and Douglas W. Bartinik of Day, Berry & Howard LLP.

By _____
Natasha M. Lipcan (ct16169)
Citigroup Inc.
425 Park Avenue, 2nd Fl./Zone 4E
New York, NY 10022
(212) 559-6681 (phone)
(212) 3793-1230 (fax)
Email: lipcann@citigroup.com

May 1, 2006. GRANTED.
SO ORDERED.
Alfred v. Covello, U.S.D.J.

FILED
2006 MAY -2 P 3: 31
DISTRICT COURT
HARTFORD, CT.

01CV123END96

71337779.1