UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA S. JUTE,                      :

                    Plaintiff,      :       CIVIL ACTION NO.
V.                                  :       3:01CV123 (AVC)

HAMILTON SUNDSTRAND                 :
CORPORATION,                        :
                                    :       ~~October 10, 2006~~
                    Defendant.      :       ~~September ___, 2006~~  DWB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

PLAINTIFF,                          DEFENDANT,
DONNA S. JUTE                       HAMILTON SUNDSTRAND
                                    CORPORATION

By _____         By _____
Barbara E. Gardner, Esq.            Felix J. Springer (ct05700)
Law Office of Barbara Gardner       Douglas W. Bartinik (ct26196)
843 Main Street, Ste. 1-4           Day, Berry & Howard LLP
Manchester, CT 06040                CityPlace I
Telephone: (860) 643-5543           Hartford, Connecticut 06103-3499
Fax: (860) 645-9554                 (860) 275-0100
Her Attorney                        (860) 275-0343 (fax)
                                    Its Attorneys

## <u>CERTIFICATION</u>

I hereby certify that the foregoing was sent via first-class mail on this date to:

Barbara E. Gardner, Esq.
Law Office of Barbara Gardner
843 Main Street, Ste. 1-4
Manchester, CT  06040

Douglas W. Bartinik